IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00060-PAB-CBS | Date: February 24, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

K.H., *et al.*, 	Gerald McDermott
	Sean McDermott

Plaintiff,

v.

KNIGHT TRANSPORTATION, INC., 	Paul Collins

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 09:04 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *Defendants Knight Transportation, Inc. and Edward F. Tapia's MOTION [38] to Amend the Scheduling Order.*

**ORDERED:** *Defendants Knight Transportation, Inc. and Edward F. Tapia's MOTION [38] to Amend the Scheduling Order* is **GRANTED.** Any dispositive and 702 motions must be filed by **5:00 p.m. on February 27, 2015.**

HEARING CONCLUDED.

**Court in recess: 09:15 a.m.**
Total time in court: 00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.