IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00060-PAB-CBS

K.H., a minor, by and through his natural parents and guardians,
David M. Harmes and Miho Harmes,
MIHO H. HARMES, individually, and
DAVID M. HARMES, individually,

    Plaintiffs,

v.

KNIGHT TRANSPORTATION, INC., an Arizona corporation, and
EDWARD F. TAPIA,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on the parties' Joint Motion to Administratively Close Case [Docket No. 69].  On June 19, 2015, plaintiffs filed a Notice of Settlement.  Docket No. 63.  On June 25, 2015, plaintiffs moved to vacate the trial date in this matter and represented that, following the parties' settlement, probate proceedings regarding the settlement funds had been initiated on behalf of plaintiff K.H.  Docket No. 65 at 1.  As of their June 2015 filing, plaintiffs anticipated that the probate proceedings would be resolved by August 18, 2015.  *Id.* at 1-2.  The Court granted plaintiff's motion to vacate the trial date and ordered the parties to file a stipulation of dismissal on or before September 1, 2015.  Docket No. 66.  On August 28, 2015, plaintiffs moved for a 30-day extension to file a stipulation of dismissal on the ground that they were still in the process of obtaining approval of the settlement in the probate court.  Docket No. 67 at

2.  The Court granted plaintiffs' motion in part and ordered the parties to file a stipulation of dismissal on or before September 25, 2015.  Docket No. 68.

In the instant motion, the parties state that, while probate proceedings on plaintiff K.H.'s behalf have been initiated in Jefferson County, Colorado, they anticipate that the probate court proceedings will not conclude until November 2015.  Docket No. 69 at 2.  The parties jointly request administrative closure.  *Id.*  Wherefore, it is

**ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, this case is ADMINISTRATIVELY CLOSED pending further order of this Court.  It is further

**ORDERED** that the parties shall file, either jointly or separately, a status report on or before December 7, 2015.  The status report shall inform the Court of any relevant proceedings in the probate court, the purported impact of any probate court action, and how the party or parties intend to proceed in this case.

DATED September 25, 2015.

                                                BY THE COURT:

                                                s/ Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge